1 BENJAMIN B. WAGNER
United States Attorney
2 TODD A. PICKLES
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

CASE NO. 2:12-CR-00430 JAM

12                 Plaintiff,

STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.

FINDINGS AND ORDER

14 MARK E. LEUNG,

15                 Defendant.

16

17 **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through his counsel of record, hereby stipulate as follows:

20      1.     By previous order, this matter was set for status on February 19, 2013.

21      2.     By this stipulation, defendant now moves to continue the status conference until March

22 26, 2013 at 9:45 a.m., and to exclude time between February 19, 2013 and March 26, 2013 under Local

23 Code T4.  The United States does not oppose this request.

24      3.     The parties agree and stipulate, and request that the Court find the following:

25           a)     The United States has represented that the discovery associated with this case

26 includes over 600 pages of written documents, including reports, that have been produced in electronic

27 form as well as approximately eleven DVDs containing video-graphic evidence.  All of this discovery

28 has been produced directly to counsel for defendant.

     Stipulation and Proposed Order re:
     Continuance of Status Hearing

1

PDF created with pdfFactory trial version www.pdffactory.com

1         b)     Counsel for defendant desires additional time to review discovery in this matter

2 and to consult with his client, including discussing options with respect to this case with his client,

3 including potential resolution or setting the matter for trial.

4         c)     Counsel for defendant believes that failure to grant the above-requested

5 continuance would deny him the reasonable time necessary for effective preparation, taking into account

6 the exercise of due diligence.

7         d)     The United States does not object to the continuance.

8         e)     Based on the above-stated findings, the ends of justice served by continuing the

9 case as requested outweigh the interest of the public and the defendant in a trial within the original date

10 prescribed by the Speedy Trial Act.

11         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12 *et seq.*, within which trial must commence, the time period of February 19, 2013 to March 26, 2013,

13 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

14 results from a continuance granted by the Court at defendant's request on the basis of the Court's

15 finding that the ends of justice served by taking such action outweigh the best interest of the public and

16 the defendant in a speedy trial.

17     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19 must commence.

20

21

22

23

24

25

26

27

28

2

Stipulation and Proposed Order re:
Continuance of Status Hearing

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO STIPULATED.

2  Dated:  February 14, 2013                    BENJAMIN B. WAGNER
                                                United States Attorney
3
                                                */s/ Todd A. Pickles*
4                                               TODD A. PICKLES
                                                Assistant United States Attorney
5

6  Dated:  February 14, 2013                    */s/ Todd A. Pickles for*
                                                OLAF HEDBERG
7
                                                Counsel for Defendant
8

9                                    **ORDER**

10       IT IS SO FOUND AND ORDERED this 14th day of February, 2013

11                                              /s/ John A. Mendez
                                                **JOHN A. MENDEZ**
12                                              **UNITED STATES DISTRICT**
                                                **COURT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order re:                3
Continuance of Status Hearing

PDF created with pdfFactory trial version www.pdffactory.com